IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KELSEY BREWER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED UNDER 29 U.S.C. § 216(b),** | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:21-CV-151-L-BK** |
| **SAKE HIBACHI SUSHI & BAR, INC.; HIBACHI & SUSHI JAPANESE, INC.; WEN QIN LU; and AMY CHEN,** | § § § § § | |
| Defendants. | § | |

## ORDER

On January 19, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 30) was entered, recommending that Defendants' Motions to Dismiss (Docs. 10, 12, 14, 16) be denied. No objections to the Report were filed.

Having considered the motions, pleadings, the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, Defendants' Motions to Dismiss (Docs. 10, 12, 14, 16) are **denied**.

**It is so ordered** this 4th day of February, 2022.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**